**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                                                    NO. 4:05CR00264 GTE

GARY SAULSBERRY

## ORDER FOR SUMMONS

Pending before the Court is the Petition for Revocation of Bond filed by the Government. The Petition alleges that the defendant has violated the terms of his Bond and requests a hearing be held on the Petition to Revoke to bring the defendant before the Court to show cause, if any he can, why his Bond should not be revoked.

IT IS FURTHER ORDERED that a Summons be issued by the Clerk of this Court and that the United States Marshal serve said Summons, along with a copy of this Order, upon the Defendant Gary Saulsberry. A Hearing on the Petition to Revoke Bond has been set before United States Magistrate Judge J. Thomas Ray at 2:00 p.m. on March 28, 2006, in Courtroom 155. Defendant Saulsberry is ordered and directed to appear and show cause why his bond should not be revoked.

Dated this 24th day of March, 2006.

                                                      __/s/Garnett Thomas Eisele_____
                                                      UNITED STATES DISTRICT JUDGE